

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2019

No. 04-18-00857-CV

**INTEREST OF B.V., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

By order dated March 5, 2019, this appeal was abated to the trial court to consider its discretionary authority to appoint counsel to represent appellant in this appeal. On March 22, 2019, a supplemental clerk's record was filed containing the trial court's order appointing counsel to represent appellant. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than twenty days from the date of this order.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court